**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:04cr252**

| | |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **PHILLIP DUCTAN - 1** | ) | |
| **LANDIS RICHARDSON - 2** | ) | |
| **MARK LOWERY - 3** | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on its own motion to re-assign the above-captioned case. The Court finds that for good cause shown, this case should be transferred.

**IT IS, THEREFORE, ORDERED** that the above-captioned case be administratively reassigned to the Honorable Graham C. Mullen.

Signed: May 16, 2005

*Richard L. Voorhees* (signature)

Richard L. Voorhees
United States District Judge