IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cr252

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>MARK LOWERY (3) )<br>_____ ) | ORDER |

**THIS MATTER** is before the Court upon motion of Robert Harris (Doc. No. 112: Motion; Doc. No. 113: Addendum) seeking the return of a cash bond.

When Defendant Mark Lowery was released on bond following his arrest in the Northern District of Georgia, he executed an Authorization for $1,500 deposited in his name to be returned to Robert Harris at the appropriate time. (Doc. No. 3). The defendant complied with the terms of his release while this matter was pending. Accordingly, the Court finds that Mr. Harris is entitled to receive the cash bond.

**IT IS, THEREFORE, ORDERED** that the motion (Doc. No. 112) is **GRANTED**. The Clerk is directed to mail payment to the address provided by Mr. Harris in his Addendum (Doc. No. 113).

Signed: August 13, 2007

Robert J. Conrad, Jr.
Chief United States District Judge