IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cr252

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> ) <br> MARK LOWERY (3) ) <br> _____ ) | ORDER |

**THIS MATTER** is before the Court upon motion of the defendant pro se for early termination of supervised release. (Doc. No. 127).

Title 18, United States Code, Section 3583(e)(1) and Rule 32.1(c) of the Federal Rules of Criminal Procedure allow a court to terminate a term of supervised release and discharge a defendant after one year of supervised release if the court is satisfied that the action is warranted by the defendant's conduct and the interest of justice. Here, the Court imposed a two-year term of supervised release (Doc. No. 50: Judgment at 3) which the defendant began serving in April 2008. From information provided by the United States Probation Office and the entire record in this case, the Court is satisfied that the defendant's conduct on release and the interest of justice warrant early termination of supervised release.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **GRANTED**, and the defendant is **DISCHARGED** from supervised release.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the United States Probation office.

Signed: December 23, 2009

Robert J. Conrad, Jr.
Chief United States District Judge